UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIOHBAN FERGUSON,<br>3418 Gateshead Manor Way, No. 202<br>Silver Spring, MD 20904<br><br>       Plaintiff,<br><br>   v.<br><br>DENIS McDONOUGH,<br>Secretary of Veterans Affairs,<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 22-1302 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, Denis McDonough, Secretary, U.S. Department of Veterans Affairs ("Defendant"), by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, hereby files this Notice of Removal of the complaint originally filed in the District of Columbia Superior Court, Civil Division, by Siohban Ferguson ("Plaintiff"). In support of this Notice, Defendant states as follows:

1. Denis McDonough, the Secretary of the U.S. Department of Veterans Affairs, is named as a defendant in a civil action styled *Ferguson v. McDonough*, No. 2022 CA 000585 B (D.C. Super. Ct.). *See* Compl. (attached hereto as Ex. A).

2. The action was filed by Plaintiff in the D.C. Superior Court on February 9, 2022. *Id*.

3. Pursuant to the complaint, Plaintiff is making a claim of employment discrimination against the Defendant arising out of her employment with the Department of Veterans Affairs. *Id.*

4.      Pursuant to 28 U.S.C. § 1442(a)(1), a civil action commenced in a state court against an officer of the United States may be removed to the U.S. District Court for the District of Columbia.

5.      A notice of filing of the Notice of Removal was filed this date, May 11, 2022, in the Superior Court of the District of Columbia.

WHEREFORE, the action formerly pending in the Superior Court of the District of Columbia has been properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: May 11, 2022

Respectfully Submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2510
Thomas.duffey@usdoj.gov

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

A copy of the foregoing has been mailed to the Plaintiff, via first class mail, on the 11th day of May, 2022, at the following address:

Siohban Ferguson
3418 Gateshead Manor Way, No. 202
Silver Spring, MD 20904

/s/ *Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney

3